UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

KEYONTAY RICKS,

                            Plaintiff(s),        Docket No.: 20-CV-43 -LVJ-LGF

    -against-

THOMAS BROWN, INDIVIDUALLY,
CHRIS DATES, INDIVIDUALLY
And MARK JOSEPH LAUBER, INDIVIDUALLY,

                            Defendant(s).
_____

## NOTICE OF MOTION

TO:    Erie County District Attorney's Office
         25 Delaware Ave., 7th floor
         Buffalo, N.Y. 14202

    PLEASE TAKE NOTICE, That upon the papers annexed hereto, the Plaintiff will move the Court for an Order holding the Erie County District Attorneys' office in contempt for failing to comply with this Court's Order, which granted Plaintiff's motion to compel in part, at the United States Courthouse located at 2 Niagara Square, Buffalo, New York 14202.

    Plaintiff intends to file reply papers.

Dated: New York, N.Y.
          December 3, 2024         Yours etc.,

                                       LAW OFFICE OF MICHAEL H. JOSEPH, P.L.L.C.

                                       BY: _____
                                            Michael H. Joseph, Esq.
                                            18 West 33rd Street, Suite 400
                                            New York, N.Y. 10001
                                            Tel: 212-858-0503
                                            Email: Michael@newyorktriallawyers.org