UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

RICKS, KEYONTATY,

                                Plaintiff,        NOTICE OF LIMITED AND
                                                     SPECIAL APPEARANCE

vs.                                                                      **Case No. 20-cv-43-LVJ-LGF**

CHRIS DATES,

MARK JOSEPH LAUBER,

                                Defendants,

ERIE COUNTY DISTRICT ATTORNEY'S OFFICE,

                                NON-PARTY.

_____

COUNSELOR(S):

      **PLEASE TAKE NOTICE**, that **JEREMY C. TOTH, ESQ., ERIE COUNTY ATTORNEY (CHRISTOPHER SASIADEK, ESQ., Assistant Erie County Attorney, of Counsel)**, appears on behalf of the non-party, Erie County District Attorney's Office, for the limited and special purpose(s) of reserving and preserving the said non-party's right and opportunity to oppose, in whole or in part, the Plaintiff's pending motion to hold the Erie County District Attorney's Office in contempt and to order a per diem fine until the Erie County District Attorney's Office complies with this Court's Order compelling the Erie County District Attorney's Office to produce its prosecution file against Kurtell Walker, applications to court for relief of any nature or kind whatsoever, and other communications be served upon **JEREMY C. TOTH, ESQ., Erie County Attorney, Attn: CHRISTOPHER SASIADEK, Assistant County Attorney, Erie County Department of Law, Edward J. Rath County Office Building, 95 Franklin Street, Room 1634, Buffalo, New York 14202, Tel: (716)858-2226, email: Christoper.Sasiadek@erie.gov**.

      **PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted by United States mail, delivery, hand-delivery, overnight or express delivery, facsimile transmission, e-mail, or otherwise.

**DATED:**    Buffalo, New York
                December 5, 2024

Yours, etc.

**JEREMY C. TOTH, ESQ.**
Attorney appearing specially and for limited purpose only for non-party,
Erie County District Attorney's Office

By: *s/Christopher Sasiadek, Esq*.
       Christopher Sasiadek, ESQ.
     Ass't. Erie Co. Att'y.
Office & P. O. Address:
Erie County Department of Law
Edward J. Rath County Office Building
95 Franklin Street, Room 1634
Buffalo, New York 14202
Tel: (716)858-2226
Email: Christopher.Sasiadek@erie.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2024 I electronically filed with the clerk of District Court using its CM/ECF system, and on the same date the court's CM/ECF system caused to be (electronically) served the foregoing to the following CM/ECF participants at the following (email) addresses:

Michael H. Jospeh, Esq.
Attorney for Plaintiff
**Office & P. O. Address**:
203 East Post Road
White Plains, New York 10601
Email: Michael@newyorktriallawyers.org

AND

David M. Lee, Esq.
Attorney for Defendants
**Office & P. O. Address**:
1100 City Hall
65 Niagara Square
Buffalo, New York 14202
Email: dlee@city-buffalo.com

Dated: Buffalo, New York
December 5, 2024

JEREMY C. TOTH, ESQ.
Erie County Attorney,
Attorney appearing specially and for limited purpose only for non-party,
Erie County District Attorney's Office

By:s/*Christopher Sasiadek*
Kenneth R. Kirby, Esq., of Counsel
Assistant County Attorney
95 Franklin Street, Suite 1634
Buffalo, New York 14202
Tel: (716) 858-2226
Email; Christopher.sasiadek@erie.gov